JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALEX OKWUOKENYE,

Plaintiff,

v.

JOSEPH B. EDLOW,

Defendants.

Case No. 2:26-cv-05898-SB-PD

FINAL JUDGMENT

In accordance with the Court's order dismissing this action as moot, it is hereby adjudged that this action is dismissed as moot.

This is a final judgment.

Date: September 25, 2026

Stanley Blumenfeld, Jr.
United States District Judge